UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CPS TIMBERLANDS, LLC, ET AL        CIVIL ACTION NO. 15-cv-2865

VERSUS                             JUDGE FOOTE

CHESAPEAKE LOUISIANA, LP, ET AL    MAGISTRATE JUDGE HORNSBY

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Doc. 17)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 25th day of July, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE